*Sidney S. Bobbe* for petitioner. *Messrs. Drury W. Cooper, Thomas J. Byrne,* and *Allan C. Bakewell* for respondent.

Nos. 748 and 749. MISSOURI-KANSAS PIPE LINE CO. *v.* COLUMBIA GAS & ELECTRIC CORP. ET AL. April 22, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Arthur G. Logan* for petitioner. *Messrs. Douglas M. Moffat* and *Clarence A. Southerland* for Columbia Gas & Electric Corp. et al., and *Messrs. Daniel O. Hastings, William H. Button,* and *James B. Alley* for Columbia Oil & Gasoline Corp.,—respondents. *Attorney General Jackson* and *Assistant Attorney General Arnold* filed a memorandum on behalf of the United States, opposing the petition.

No. 792. DAVIS *v.* SECURITIES & EXCHANGE COMMISSION. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Justus Chancellor* for petitioner. *Solicitor General Biddle* and *Messrs. Richard H. Demuth, Chester T. Lane,* and *Christopher M. Jenks* for respondent.

No. 793. STEELMAN ET AL. *v.* WICHITA FALLS & SOUTHERN RAILWAY CO. April 22, 1940. Petition for writ of certiorari to the District Court of the United States for the Northern District of Texas denied. *Mr. David M. Palley* for petitioners. *Messrs. Clarence A.*

688

*Miller* and *John · B. King* for respondent.

No. 800. WELCH ET UX. *v.* UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY; and

No. 801. LEWIS ET AL. *v.* SAME. April 22, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Russell R. Kramer* for petitioners. *Solicitor General Biddle* and *Messrs. William C. Fitts, Jr.* and *Thomas E. Harris* for respondent.

No. 807. PET MILK Co. *v.* GRAY. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. Ralph F. Lesemann* for respondent.

No. 811. ANDERSON *v.* UNITED STATES. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert Ash, W. J. Sebald, Roy Messena,* and *Donald N. Schaffer* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* and *Miss Louise Foster* for the United States.

No. 812. CORTE ET AL. *v.* ALBERT MILLER & Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Samuel M. Johnston* and *Wm. H. Armbrecht* for petitioners. *Mr. Harry T. Smith* for respondent.